1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Juan Antonio Ramirez-Lozano

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE NITA L. STORMES)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ0533 |
| | ) | |
| 12          Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 JUAN ANTONIO RAMIREZ-LOZANO, | ) | |
| | ) | |
| 15          Defendant. | ) | |
| 16 _____ | ) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov; and
20
                         Robert E. Schroth, Jr.
21                   robschrothesq@sbcglobal.net

22                              Respectfully submitted,

24 DATED:    February 26, 2008        /s/ Carey D. Gorden
                                      **CAREY D. GORDEN**
25                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Juan Antonio Ramirez-Lozano