UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 MAR -5 A 4:14

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Juan Antonio Ramirez-~~Isea~~ Lozano <br><br> Defendant(s) | CRIMINAL NO. 08MJ0533-NLS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/~~Magistrate Judge,~~ **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Alejandro Castro - De La Castro

DATED: 03/05/08

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk