UNITED STATES DISTRICT COURT RECEIVED

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAR -5  A 4: 1L

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff    )    CRIMINAL NO. _08MJ0533-NLS_
                                 )
                                 )         ORDER
            vs.                  )
                                 )    RELEASING MATERIAL WITNESS
Juan Antonio Ramirez-Lozano      )
                                 )    Booking No.
                                 )
                Defendant(s)     )
_____)

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

Tomas Gomez - Mucino

DATED: _03/05/08_

                              **CATHY ANN BENCIVENGO**

                              _____
                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____          **OR**
                    **DUSM**

                              W. SAMUEL HAMRICK, JR.   Clerk

                              by _____
                                      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95        ☆ U.S. GPO: 2003-581-774/70082