FILED

2008 MAR 19 PM 2:14

BY \_\_\_\_YNH\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 0801 WQH |
| Plaintiff, | INDICTMENT |
| v. | Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens; Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JUAN ANTONIO RAMIREZ-LOZANO, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about February 21, 2008, within the Southern District of California, defendant JUAN ANTONIO RAMIREZ-LOZANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alejandro Castro-De La Cruz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

//

//

CJB:em:San Diego
3/17/08

Count 2

On or about February 21, 2008, within the Southern District of California, defendant JUAN ANTONIO RAMIREZ-LOZANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Tomas Gomez-Mucino, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 3

On or about February 21, 2008, within the Southern District of California, defendant JUAN ANTONIO RAMIREZ-LOZANO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JUAN ANTONIO RAMIREZ-LOZANO was removed from the United States subsequent to March 6, 2002.

DATED: March 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney