**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Mr. Juan Antonio Ramirez-Lozano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JUAN ANTONIO RAMIREZ-LOZANO, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant. 　　　　　　　)<br>_____ ) | Case No. 08CR0801-WQH<br><br>**MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF TWENTY-FIVE PAGES** |

　　　　The above-named defendant, Juan Antonio Ramirez-Lozano, by and through counsel, moves this Court for an order granting leave to file motions over twenty-five pages due to the numerous issues in this case including the discovery motion, the grand jury instructions and the interrogation of Mr. Ramirez-Lozano.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED:　　April 8, 2008　　　　　　　　　　/s/ Carey D. Gorden
　　　　　　　　　　　　　　　　　　　　　　　**CAREY D. GORDEN**
　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Juan Antonio Ramirez-Lozano