1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Juan Antonio Ramirez-Lozano

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08CR0801-WQH
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )  **CERTIFICATE OF SERVICE**
                                     )
14 | JUAN ANTONIO RAMIREZ-LOZANO,     )
                                     )
15 |         Defendant.               )
   |_____)

16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov; and
20
                          Robert E. Schroth, Jr.
21                    robschrothesq@sbcglobal.net

22                              Respectfully submitted,

23

24 DATED:     April 8, 2008              /s/ Carey D. Gorden
                                         **CAREY D. GORDEN**
25                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Juan Antonio Ramirez-Lozano
26

27

28