**CAREY D. GORDEN**
California State Bar No. 236261
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Mr. Juan Antonio Ramirez-Lozano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JUAN ANTONIO RAMIREZ-LOZANO**,<br><br>　　　　Defendant. | Case No. 08CR0801-WQH<br><br>DATE:　　April 28, 2008<br>TIME:　　2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1)　TO COMPEL DISCOVERY;<br>(2)　TO DISMISS THE INDICTMENT DUE TO IMPROPER GRAND JURY INSTRUCTION;<br>(3)　TO SUPPRESS STATEMENTS; AND<br>(4)　TO GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:　KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
　　　LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 28, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Juan Antonio Ramirez-Lozano, by and through his counsel, Carey D. Gorden, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

///

///

///

## **MOTIONS**

The defendant, Juan Antonio Ramirez-Lozano, by and through his attorneys, Carey D. Gorden, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel discovery;
2) Dismiss the indictment due to misinstruction of the grand jury;
3) Suppress statements; and
4) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:      April 9, 2008          /s/ Carey D. Gorden
**CAREY D. GORDEN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ramirez-Lozano