1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Juan Antonio Ramirez-Lozano

                       UNITED STATES DISTRICT COURT

                      SOUTHERN DISTRICT OF CALIFORNIA

                        **(HONORABLE WILLIAM Q. HAYES)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0801-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JUAN ANTONIO RAMIREZ-LOZANO, | ) | |
| Defendant. | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

                        U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov; and

                       Robert E. Schroth, Jr.
                  robschrothesq@sbcglobal.net

                              Respectfully submitted,


DATED:    April 9, 2008              /s/ Carey D. Gorden
                                    **CAREY D. GORDEN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Juan Antonio Ramirez-Lozano