1 KAREN P. HEWITT
  United States Attorney
2 LUELLA M. CALDITO
  Assistant United States Attorney
3 California State Bar No. 215953
  United States Attorney's Office
4 Federal Office Building
  880 Front Street, Room 6293
5 San Diego, California 92101
  Telephone: (619) 557-7035
6
  Attorneys for Plaintiff
7 UNITED STATES OF AMERICA

FILED

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8
9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR0801-WQH
                                    )
                 Plaintiff,         )
12                                  )
                                    )    STIPULATION OF FACT AND JOINT
13         v.                       )    MOTION FOR RELEASE OF
                                    )    MATERIAL WITNESS AND ORDER
   JUAN ANTONIO RAMIREZ-LOZANO,     )    THEREON_____
14                                  )
                 Defendant.         )
15 _____)

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M.

18 Caldito, Assistant United States Attorney, and defendant Juan Antonio Ramirez-Lozano, by and

19 through and with the advice and consent of defense counsel, Carey Gordon of Federal Defenders of

20 San Diego, Inc., that:

21      1.      Defendant agrees to execute this stipulation on or before the disposition hearing and

22 to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 intelligently and voluntarily entered into it.

24      2.      The material witnesses, Alejandro Castro-De La Cruz and Tomas Gomez-Mucino in

25 this case:

26      a.      Are aliens with no lawful right to enter or remain in the United States;

27      b.      entered the United States illegally on or about a date certain;

28      c.      were found in a vehicle driven by defendant and that defendant knew or acted

in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the

1   United States;

2              d.    were paying or having others pay on their behalf, to defendant or others to be

3   brought into the United States illegally and/or transported illegally to their destination therein; and,

4              e.    May be released and remanded immediately to the Department of Homeland

5   Security for return to their country of origin.

6        3.    After the material witnesses are ordered released by the Court pursuant to this

7   stipulation and joint motion, if defendant withdraws his guilty plea to the charge set forth above,

8   defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial,

9   sentencing, appeal or collateral attack, that:

10             a.    The stipulated facts set forth in paragraph 2 above shall be admitted as

11  substantive evidence;

12             b.    The United States may elicit hearsay testimony from arresting agents

13  regarding any statements made by the material witness(es) provided in discovery, and such testimony

14  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

15  of (an) unavailable witness(es); and,

16             c.    Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

17  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

18  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

19  waives the right to confront and cross-examine the material witness(es) in this case.

20       4.    By signing this stipulation and joint motion, defendant certifies that defendant has

21  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

22  further that defendant has discussed the terms of this stipulation and joint motion with defense

23  counsel and fully understands its meaning and effect.

24  //

25  //

26  //

27  //

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness And Order Thereon in
    United States v. Juan Antonio Ramirez-Lozano        2                08CR0801-WQH

1    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

2    immediate release and remand of the above-named material witness to the Department of Homeland

3    Security for return to their country of origin.

4

5    It is STIPULATED AND AGREED this date.

6                                        Respectfully submitted,

7                                        KAREN P. HEWITT
                                         United States Attorney

8

9    Dated: ___4/24/08___.

                                         LUELLA M. CALDITO
10                                       Assistant United States Attorney

11

     Dated: ___4/15/08___.

12                                       CAREY GORDON
                                         Defense Counsel for Juan Antonio Ramirez-Lozano

13

14   Dated: ___4/15/08___.

                                         X ___Juan Ramirez___
15                                       JUAN ANTONIO RAMIREZ-LOZANO
                                         Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness And Order Thereon in
     United States v. Juan Antonio Ramirez-Lozano        3                    08CR0801-WQH

ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: _4-24-08_ .

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Juan Antonio Ramirez-Lozano                4

08CR0801-WQH