UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Juan Antonio Ramirez-Lozano<br><br>　　　　Defendant(s) | CRIMINAL NO. 08CR801-WQH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 78390198 |

On order of the United States District/Magistrate Judge,　　**NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Alejandro Castro-De La Cruz

DATED: 4-24-08

RECEIVED _____
　　　　　　DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
　　　Deputy Clerk