**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JUAN ANTONIO RAMIREZ-LOZANO,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 08CR0801-WQH

**NOTICE OF ATTORNEY APPEARANCE**

        Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case replacing Carey D. Gordon.

                                        Respectfully submitted,

Dated: June 24, 2008

                                        /s/ Hanni M. Fakhoury
                                        HANNI M. FAKHOURY
                                        Federal Defenders of San Diego, Inc.
                                        e-mail: Hanni_Fakhoury@fd.org
                                        Attorneys for Defendant

1

**CERTIFICATE OF SERVICE**

2

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3

information and belief, and that  a copy of the foregoing document has been served this day upon:

4

Luella Caldito
U S Attorneys Office Southern District of California

5

Luella.Caldito@usdoj.gov

6

7

8

DATED:  June 24, 2008                          /s/ Hanni M. Fakhoury_____
                                                                HANNI M. FAKHOURY

9

                                          e-mail: Hanni_Fakhoury@fd.org

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28